No. 73–5739. MAZZARINO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 73–5757. HOGAN v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 73–5767. TABAREZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 73–5770. OWEN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 73–5777. GLASSEL v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 73–5779. SCOTT v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 73–5784. GREEN v. UNITED STATES;
No. 73–5796. JONES v. UNITED STATES; and
No. 73–5803. BEASLEY ET AL. v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 73–5785. GANT v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 73–5793. WILSON, AKA STURGIS v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 73–5836. WILLIAMS v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 73–5838. BRADLEY ET AL. v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 73–5865. WILLIAMS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 73–5883. PICKARD v. NEVADA. C. A. 9th Cir. Certiorari denied.